UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 07-15365

ML MAN, LLC,

          Plaintiff(s),

-v-

BLASTRAC N.A., INC.,

          Defendant(s).

_____/

## ORDER SETTING ASIDE ORDER TO SHOW CAUSE

At a session of said court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on January 31, 2008.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

This Court having issued an Order to Show Cause for lack of subject matter

jurisdiction and the Defendant having filed a Response, therefore;

IT IS ORDERED that the Court's Order to Show Cause for lack of subject

matter jurisdiction  be and the same is hereby SET ASIDE.

          s/Patrick J. Duggan
          Patrick J. Duggan
          United States District Judge

Dated:  January 31, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record
on January 31, 2008, by electronic and/or ordinary mail.

          s/Marilyn Orem
          Case Manager