# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ML MAN, LLC,                                          Case No. 2007-cv-15365
a Michigan limited liability company,
       Plaintiff,                                     Hon. Patrick J. Duggan

vs.

BLASTRAC N.A., INC.,
a Delaware corporation,
       Defendant.
_____/

## STIPULATED ORDER OF DISMISSAL
## WITH PREJUDICE

The parties having stipulated through their counsel to dismissal of this action with prejudice in its entirety and without costs or fees to any party:

IT IS HEREBY ORDERED that this action is hereby DISMISSED WITH PREJUDICE and without costs or fees to any party.

                                  S/Patrick J. Duggan
                                  Patrick J. Duggan
                                  United States District Judge

Dated: November 3, 2008  November 3, 2008
I hereby certify that a copy of the foregoing document was served upon counsel of record on November 3, 2008November 3, 2008, by electronic and/or ordinary mail.
                                  S/Marilyn Orem
                                  Case Manager

So Stipulated :

| By: /s/Michael M. Wachsberg (with permission) | By: /s/ Homayune Ghaussi |
|---|---|
| Michael M. Wachsberg (P28646) | Homayune A. Ghaussi (P63028) |
| PEDERSEN, KEENAN, KING, | WARNER NORCROSS & JUDD LLP |
| WACHSBERG & ANDRZEJAK, P.C. | 2000 Town Center, Suite 2700 |
| 4057 Pioneer Drive, Suite 300 | Southfield, Michigan 48075-1318 |
| Commerce Township, Michigan 48390 | 248.784.5000 |
| 248.363.6400 | Attorneys for Defendant |
| Attorneys for Plaintiff | hghaussi@wnj.com |
| wachsberg@pkkwa.com | P63028 |
| P28646 | |